**Herman BUNTT, Appellant, v. UNITED STATES of America.**

**No. 10493.**

Circuit Court of Appeals, Eighth Circuit.

Dec. 26, 1935.

Floyd Terral, of Little Rock, Ark., for appellant.

Fred A. Isgrig, U. S. Atty., of Little Rock, Ark.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.

**Marshall BURNS, Bankrupt, and Farm Debtor, Appellant, v. Forrest A. BROWN, John T. Porterfield, and Lee Bushong, Trustees in Bankruptcy of the Estate of Marshall Burns, Bankrupt, Appellees.**

**No. 4004.**

Circuit Court of Appeals, Fourth Circuit.

April 9, 1936.

Geo. M. Beltzhoover, Jr., of Charles Town, W. Va., for appellant.

John T. Porterfield, Forrest A. Brown, and Lee Bushong, Jr., all of Charles Town, W. Va., for appellees.

PER CURIAM.

Appeal dismissed, with costs.

**Robert W. BURTON v. UNITED STATES of America.**

**No. 1386.**

Circuit Court of Appeals, Tenth Circuit.

March 25, 1936.

Edgar C. Jensen, of Salt Lake City, Utah, for appellant.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

**In the Matter of CLOISTERS BUILDING CORPORATION, Debtor.**

**Robin P. ALLEN v. CLOISTERS BUILDING CORPORATION.**

**No. 5716.**

Circuit Court of Appeals, Seventh Circuit.

Feb. 27, 1936.

Meyer Abrams, of Chicago, Ill., for appellant.

Claude A. Roth, Arthur M. Cox, Bernard Nath, and George McKibbin, all of Chicago, Ill., for appellees.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellees, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.